| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA -SACRAMENTO

| | | |
|---|---|---|
| 11 | MARILYN DEVASE | Case No. 2:25-cv-01750-WBS-CKD |
| 12 | Plaintiff, | (Honorable William B. Shubb Crtrm. 5, 14th Floor, Sacramento) |
| 13 | v. | |
| 14 | METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive | **ORDER MODIFYING SCHEDULING ORDER** |
| 15 | | |
| 16 | Defendant. | [Filed concurrently with Stipulation] |
| 17 | | Complaint Filed:    June 23, 2025<br>Fact Discovery C/O: June 26, 2026<br>Motion Filing C/O:  August 14, 2026 |
| 18 | | Bench Trial:        December 22, 2026 |

-1-

# ORDER

Having reviewed the Parties' Stipulation to Modify the Scheduling Order, and for good cause shown, IT IS HEREBY ORDERED THAT the expert discovery deadlines are vacated. The Court also modifies its Status (Pretrial Scheduling) Order [ECF 13] and sets the following dates:

| | |
|---|---|
| Final Pretrial Conference: | February 8, 2027 at 1:30 p.m. |
| Opening Rule 52 briefs: | March 2, 2027 |
| Responsive Rule 52 briefs: | March 23, 2027 |
| Bench Trial (1/2 day): | April 13, 2027 at 9:00 a.m. |

While the Parties are ordered to attend the Final Pretrial Conference on February 8, 2027, in light of the streamlined procedures established in *Kearney v. Standard Ins. Co.*, 175 F.3d 1084, 1094-95 (9th Cir. 1999), the Parties are not required to submit the Pretrial Conference filings set forth in Local Rule 281.

**IT IS SO ORDERED**.

Dated: November 18, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE